UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 17-cv-14033-DMM

GARY PEEPLES,

    Plaintiff,

  v.

RIDLEY USA, INC., A FOREIGN
CORPORATION, ALLTECHNOLOGY,
INC., A FOREIGN CORPORATION,
A/K/A ALLTECH, INC., AND
LAKELAND ANIMAL NUTRITION,
INC., A FLORIDA CORPORATION,

    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, GARY PEEPLES, and Defendant (s), RIDLEY USA, INC., A FOREIGN CORPORATION, ALLTECHNOLOGY, INC., A FOREIGN CORPORATION, A/K/A ALLTECH, INC., AND LAKELAND ANIMAL NUTRITION, INC., A FLORIDA CORPORATION, through their respective undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire action, with prejudice, each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| **s/Daniel R. Levine, Esq.** | **s/Arianne B. Suarez** |
| Daniel R. Levine, Esq. | Arianne B. Suarez, Esquire |
| Florida Bar No.: 0057861 | Florida Bar No.: 143529 |
| E-mail:  DRL@PBL-Law.com | E-mail: absuarez@dmc-atty.com |
| PADULA BENNARDO LEVINE, LLP | MCGUINNESS & CICERO |
| 101 Plaza Real South, Suite 207 | 1000 Sawgrass Corporate Parkway, Suite 590 |
| Boca Raton, FL 33432 | Sunrise, Florida   33323 |
| Telephone:  (561) 544-8900 | Telephone:  (954) 838-8832 |
| Facsimile:  (561) 544-8999 | Facsimile:   (954) 838-8842 |
| [Attorneys for Plaintiff, GARY PEEPLES] | [Attorneys for Defendant, RIDLEY USA, INC., ALLTECHNOLOGY, INC., a/k/a ALLTECH, INC., and LAKELAND ANIMAL NUTRITION, INC.] |

## CERTIFICATE OF SERVICE

I certify that on June 1, 2017, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/Arianne B. Suarez
Arianne B. Suarez, Esquire
Florida Bar No: 143529

## SERVICE LIST

**Daniel R. Levine, Esq.**
PADULA BENNARDO LEVINE, LLP
101 Plaza Real South, Suite 207
Boca Raton, FL 33432
E-mail:  DRL@PBL-Law.com
Attorneys for Plaintiff, GARY PEEPLES


**Lawrence M. Siff**
LAWRENCE M. SIFF, P.A.
8551 W. Sunrise Blvd.
Suite 300
Plantation, FL 33322
E-mail:  lsiff@sifflaw.com
Attorneys for Plaintiff, Gary Peeples